UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v | ) | No. 3:06-CR-151 |
| | ) | (PHILLIPS/SHIRLEY) |
| EUGENE MINOR, | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody on a writ before the undersigned on December 7, 2006, for an initial appearance and arraignment on an Indictment. Assistant United States Attorney Tracey Stone was present on behalf of the government and Kim A. Tollison, Federal Defender Services, was present representing the defendant. Counsel for the defendant advised this Court that the defendant would execute a Waiver of Detention Hearing reserving his right to move for a hearing at a later date if his circumstances should change. The defendant and his attorney executed the appropriate Waiver of Detention Hearing in open court.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for